AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR AN ANTICIPATORY
SEARCH AND SEIZURE WARRANT

639 Farragut Street, N.W., Washington, D.C. 20011

UNITED STATES DISTRICT
COURT DISTRICT OF
COLUMBIA

## PURPOSE OF THE AFFIDAVIT

1. This affidavit is submitted in support of the following: An anticipatory search and seizure warrant for the residence located at 639 Farragut Street NW, Washington, DC 20011 ("Target Residence"). This residence is a two-story red brick row home. The building is identified with the number 639 in gold colored lettering affixed to the left of the front door. The front door has an oval glass insert and a glass storm door. The front of the residence has two (2) windows on the main floor and three (3) windows on the second floor and two small attic windows on the third floor. The house has a red colored tile roof and red painted steps.

2. Based on the facts set forth in this affidavit, I respectfully submit that there is probable cause to believe that there is presently concealed, or will be concealed upon completion of a controlled delivery of a package known to contain controlled dangerous substances, in the premises known and described above, the items described in Attachment A hereto, all of which constitutes evidence, fruits, and instrumentalities of, *inter alia*, violations of 21 U.S.C. §§ 952(a), 960, and 963, which prohibit the importation of controlled substances and any attempt or conspiracy to do so.

3. The information set forth below is based upon my personal observations or upon information provided to me by other law enforcement officers participating in the investigation as indicated. Because the purpose of this affidavit is only to establish probable cause for a search of

the Target Residence and the seizure of evidence, fruits, and instrumentalities of crime, I have not set forth each and every fact known concerning this investigation.

## YOUR AFFIANT

4.  I, John Armbruster, being duly sworn, depose and state as follows: I am a Special Agent ("SA") with U.S. Immigration and Customs Enforcement ("ICE") and have been so employed since March 2003, Prior to that I was a Special Agent with the United States Customs Service since October 2001. I am currently assigned to the Special Agent in Charge, Washington D.C. Field Office, Contraband Smuggling Group. I have attended the nine-week Criminal Investigator Training Program at the Federal Law Enforcement Training Center ("FLETC") and the eight-week Customs Basic Enforcement School at FLETC, during which I received training in the laws concerning controlled substances and the investigation and detection of controlled substance offenses.

I personally have investigated several cases involving controlled substances.

## OVERVIEW OF INVESTIGATION

5.  On October 15, 2008, an international package from San Salvador, El Salvador, , bearing DHL Air Way Bill ("AWB") number 9048911874 ("Target Package"), arrived at the DHL Hub in Miami, FL. The Target Package was selected for a Customs examination by officers from U.S. Customs and Border Protection ("CBP").   The Target Package was manifested as "Adorno de mesa".

6.  According to the Air Way Bill, an individual named Luis Enrique shipped the Target Package from Ave Bernal #42, col Miramonte, San Salvador, El Salvador. The Target Package is addressed to CARLOS LOPEZ, 639 FFARRAGUT STRRE NW, WASHINGTON, DC 20011. The Target Package was opened and examined.  It contained a gold colored statue.

–2

Upon further examination the statue was probed which revealed a white powdery substance. The white powdery substance was field tested and tested positive for the presence of cocaine.

7. I arranged for the Target Package to be delivered to me at the office of the Special Agent in Charge in Virginia, and I received the Target Package on October 16, 2008.

8. I was unable to confirm that the recipient address listed on the Target Package, 639 FFARRAGUT STRRE NW, WASHINGTON, DC 20011, is a legitimate address, however I located a similar address of 639 FARRAGUT STREET NW, WASHINGTON, DC 20011. Public Records database do not reveal a CARLOS LOPEZ at the address.

9. DHL has updated their computer automated tracking system to reflect that the Target Package's "clearance processing is complete," indicating that the package has been cleared by US Customs and will be enroute to the Target Package's final destination.

10. Based on the foregoing, I submit that there is probable cause to believe that CARLOS LOPEZ and others, known and unknown, are engaged in the unlawful shipping of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 952(a), 960, and 963.

11. Based upon my training and experience and my participation in this and other narcotics investigations, I know the following:

    a. Narcotics traffickers often use fictitious names on shipments of illegal drugs in order to hinder law enforcement from identifying them if the shipment is intercepted.

    b. Narcotics traffickers often maintain financial records and financial instruments related to their narcotics transactions and the profits derived from those transactions, including, but not limited to, currency, bank checks, cashiers checks, Western Union receipts, money orders, stocks, bonds, precious metals, and real estate records.

    c.    Narcotics traffickers frequently maintain books, ledgers, records and other documents relating to the manufacture, transportation, possession, and distribution of controlled substances. Such documentation is frequently maintained where the traffickers have ready access to them, including their homes.

    d.    Narcotic traffickers commonly maintain books, records and other documents that identify and contain the names, addresses and/or telephone or pager numbers of associates in their narcotics trafficking activities, including, but not limited to: address books, telephone books, rolodexes, cellular telephones, pagers, personal digital assistants ("PDAs"), notes reflecting names, telephone numbers, photographs (including still photographs, negatives, movies, slides, video tapes and undeveloped film), and audiotape recordings of conversations, including those recorded by a telephone answering machine.

    e.    Those dealing in narcotics trafficking often maintain identification and travel documents, including, but not limited to, tickets, transportation schedules, passports, notes and receipts related to travel, and motel/hotel receipts.

    f.    Indicia of occupancy, residency and/or ownership of the premises to be searched are often present in such premises.

12.    The government has applied for an order authorizing the installation and use of an electronic monitoring device. If that application is granted, it is my intention to place an electronic monitoring device inside the Target Package that will indicate whether it has been opened or tampered with and whether it is moving or stationary. The Target Package then will be resealed, and I will have a law enforcement officer posing as a DHL delivery person deliver it to 639 FARRAGUT STREET NW, WASHINGTON, DC 20011 to CARLOS LOPEZ or to whomever

accepts the Target Package on his behalf. I will monitor the radio signals from the electronic monitoring device to determine whether the Target Package has been opened or tampered with.

13. Based upon all of the foregoing, I am requesting an anticipatory search warrant to be executed at the Target Residence only if: (a) the person receiving the Target Package is observed either within, entering or departing the Target Residence; or (b) the person receiving the Target Package is identified as a resident of the Target Residence; or (c) I receive other specific information at the time of the controlled delivery that identifies the Target Residence is associated with the person accepting the Target Package; or (d) the electronic monitoring device contained inside the Target Package is breached.

14. Based upon all the foregoing, I believe that there is probable cause to believe that (a) the Target Package will be accepted by a person or persons at the Target Residence, in violation of 21 U.S.C. §§ 952(a), 960, and 963; and (b) a search of the Target Residence will produce additional evidence pertaining to the conspiracy and importation of controlled substances.

**CONCLUSION**

15.     Based on all the foregoing information, therefore, I respectfully request that the Court issue an anticipatory warrant to search the Target Residence, located at 639 FARRAGUT STREET NW, WASHINGTON, DC 20011, for the items described in Attachment A.

Dated this _____ day of October, 2008.

                                                                                         _____
                                                                                       _ John Armbruster Special Agent United States
                                                                                       Immigration and Customs Enforcement

Sworn to before me this
_____ day of October,
2008.

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLUMBIA